UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00046-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **LINDA NOLES PRYOR,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Final Determination of Restitution. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Final Determination of Restitution (#25) is GRANTED, and defendant shall make monthly restitution payments of $10.00 until restitution and the special assessment is paid in full. Throughout the period of supervision, the probation officer shall monitor the defendant's economic circumstances and shall report to the court, with recommendations as warranted, any material changes that affect the defendant's ability to pay any court ordered penalties.

Signed: December 17, 2015



Max O. Cogburn Jr.
United States District Judge